LONG ISLAND IRON FIREMAN, INC., Appellant, v. ALBERT OERTEL, Respondent.— Order of Appellate Term affirming judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

LOUIS O'DONNELL and Others, Copartners Doing Business under the Firm Name and Style of O'DONNELL TOWING AND TRANSPORTATION COMPANY, Respondents, Appellants, v. MARINE TRANSIT CORPORATION, Defendant, and GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant, Respondent.*— Judgment on appeal of defendant Globe and Rutgers Fire Insurance Company affirmed, without costs. Judgment in so far as appealed from by plaintiffs affirmed, without costs. No opinion. Kapper, Hagarty, Carswell and Tompkins, JJ., concur; Lazansky, P. J., dissents upon the ground that the plaintiffs' recovery was limited by clause 17 of the rider with reference to coinsurance.   [146 Misc. 502.]

ALTON B. TEATOR, Respondent, v. HUGH HERNDON, JR., Appellant.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion.   Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.